TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00333-CV







In re Spring Season of Austin, Inc.; Larry May; Beatrice Burrell; Sharon Moore; 


Ruby Lattimer; A. Florence; and S. Welch






ORIGINAL PROCEEDING FROM TRAVIS COUNTY






PER CURIAM 

 Relators Spring Season of Austin, Inc., Larry May, Beatrice Burrell, Sharon
Moore, Ruby Lattimer, A. Florence, and S. Welch file their petition for writ of mandamus. See
Tex. R. App. P. 52.8. We deny the petition for writ of mandamus.


Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Filed: June 3, 2002

Do Not Publish